HAWES v. WELLS et al.

(Supreme Court, Appellate Division, First Department. March 11, 1910.)

PLEADING (§ 79*)—ANSWER—SUFFICIENCY.

 Any answer is good enough for a bad complaint.

 [Ed. Note.—For other cases, see Pleading, Cent. Dig. § 160; Dec. Dig. § 79.*]

Appeal from Special Term, New York County.

Action by Gertrude D. Hawes against Oliver J. Wells, impleaded, etc. From an order granting a motion to strike out certain portions of the answer of defendant Wells, he appeals. Reversed.

See, also, 121 N. Y. Supp. 380, 382.

Argued before CLARKE, McLAUGHLIN, LAUGHLIN, SCOTT, and DOWLING, JJ.

H. H. Snedeker, for appellant.

Gilbert Ray Hawes, for respondent.

PER CURIAM. We recently held that this complaint does not state facts sufficient to constitute a cause of action. Any answer is good enough for a bad complaint. Therefore this answer was good enough.

Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.